No. 812.   Miles Laboratories, Inc., *v.* Frolich, doing business as Encino Chemicals.   C. A. 9th Cir.   Certiorari denied.   *William T. Woodson, Beverly W. Pattishall* and *Reginald E. Caughey* for petitioner.   Respondent *pro se.*

No. 815.   Paltier Corporation *v.* Union Asbestos & Rubber Co.   C. A. 7th Cir.   Certiorari denied.   *Edward W. Osann, Jr.* for petitioner.   *Norman Lettvin* and *Edwin S. Booth* for respondent.

No. 818.   United States Lines Co. et al. *v.* Van Carpals.   C. A. 2d Cir.   Certiorari denied.   *Thomas Coyne* and *Charles N. Fiddler* for petitioners.   *Simone N. Gazan* for respondent.

No. 841.   Herman Schwabe, Inc., *v.* United Shoe Machinery Corp.   C. A. 2d Cir.   Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.   *James M. Malloy, Richard A. Sullivan* and *Ralph Warren Sullivan* for petitioner.   *Theodore Kiendl, Ralph M. Carson, Robert D. Salinger* and *Louis L. Stanton, Jr.* for respondent.

No. 795.   Cohen *v.* United States.   C. A. 9th Cir. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   Mr. Justice White took no part in the consideration or decision of this application.   *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.